_____ FILED _____ ENTERED
_____ _____ RECEIVED

OCT 14 2016

AT ____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| v. | * | Civil No. – JFM-15-1091 |
| MARYLAND INSURANCE ADMINISTRATION | * | |

******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of October 2016

ORDERED that

1. The EEOC's motion for summary judgment on all issues of liability (document 22) is denied;

2. The motion for summary judgment filed by the Maryland Insurance Administration (document 23) is granted; and

3. Judgment is entered in favor of the Maryland Insurance Administration against the Equal Employment Opportunity Commission.

_/s/ J. Frederick Motz_
J. Frederick Motz
United States District Judge