IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 1:15-cv-01091-RDB |
| MARYLAND INSURANCE ADMINISTRATION, | )<br>)<br>) |
| Defendant. | )<br>) |

## CONSENT DECREE

This action was instituted by Plaintiff Equal Employment Opportunity Commission (the "EEOC" or the "Commission") against Defendant Maryland Insurance Administration ("Defendant") on April 15, 2015. The suit alleges that Defendant violated Sections 6(d)(1) and 15(a)(2) of the Equal Pay Act ("EPA"), 29 U.S.C. §§ 206(d)(1) and 215(a)(2) by paying female Fraud Investigators Alexandra Cordaro, Marleen Green, and Mary Jo Rogers ("the claimants") lower wages than those paid to their male counterparts for performing equal work. The claimants no longer are employed as Fraud Investigators with Defendant. Defendant denies the allegations in the EEOC's Complaint. The parties desire to resolve the Commission's actions without the time and expense of continued litigation, and to formulate a plan to be embodied in a Decree which will promote and effectuate the purposes of the EPA.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the EPA. Therefore, upon due consideration of the record, it is ORDERED, ADJUDGED AND DECREED:

### Scope of Decree

1. This Decree resolves all issues and claims alleged in the Complaint filed by the Commission in this EPA action, which emanate from Charges of Discrimination filed by Alexandra Cordaro and Mary Jo Rogers.

2. This Decree shall be in effect for a period of one year from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree. If Defendant has failed to meet the established terms at the end of one year, the duration of the Decree may be extended.

3. This Decree, being entered with the consent of the parties, shall not constitute an adjudication or finding on the merits of the case.

Monetary Relief

4. Within ten business days of the entry of this Decree, Defendant shall pay a total amount of $36,802, representing $18,401 in back pay and $18,401 in liquidated damages to be distributed as follows:

    a. $17,224 to Alexandra Cordaro ($8,612 back pay + $8,612 liquidated damages);

    b. $9,982 to Mary Jo Rogers ($4,991 back pay + $4,991 liquidated damages);

    c. $9,596 to Marlene Green ($4,798 back pay + $4,798 liquidated damages).

Defendant shall administer proper withholdings from the back pay portion for taxes and required employee contributions for FICA, including Medicare. Defendant's required employer contributions for FICA and Medicare are separate from, and shall not be deducted from, the claimants' awards. The checks will be sent directly to each claimant listed above, and a photocopy of the checks and related correspondence will be emailed to EEOC counsel of record, Regional

Attorney Debra Lawrence (debra.lawrence@eeoc.gov). Defendant will issue to each claimant a 2018 W-2 form reflecting its payment of back pay and a Form 1099 reflecting its payment of liquidated damages.

### Injunctive Relief

5. Defendant, its officers, agents, employees and all persons acting or claiming to act on its behalf and interest hereby are enjoined from discriminating on the basis of sex with respect to wages for the duration of the Decree. Such sex-based discrimination violates the Equal Pay Act, including the following provisions:

> No employer ... shall discriminate, within any establishment in which such employees are employed between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which [the employer] pays wages to employees of the opposite sex in such establishment for equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions, except where such payment is made pursuant to (i) a seniority system; (ii) a merit system; (iii) a system which measures earnings by quantity or quality of production; or (iv) a differential based on any other factor other than sex.

29 U.S.C. § 206(d)(1).

### Equal Pay Policy

6. Defendant shall ensure that its wage setting practices are compliant with the Equal Pay Act of 1963. In particular, Defendant shall ensure that its compensation policies and practices are set forth in writing, that they recite specific factors to be used in the setting of compensation upon hire and promotion, that the specific factors are applied uniformly in setting compensation, that compensation decisions are sufficiently documented and supported by the record, and that any compensation is not based on sex. Within thirty days of entry of this Decree, Defendant shall furnish a copy of this policy to EEOC counsel of record.

### Notice and Postings

7.     Within ten business days of entry of this Decree, Defendant will continue to post the posters required to be displayed in the workplace by Commission Regulations, 29 C.F.R. § 1601.30.

8.     Within fifteen business days of entry of this Decree, Defendant will also post in all places where notices are customarily posted for employees of the Maryland Insurance Administration, the Notice attached as Exhibit A. The Notice shall be posted and maintained for the duration of the Decree and shall be signed by the Maryland Insurance Commissioner Al Redmer, Jr., with the date of actual posting shown. Should the Notice become defaced, marred, or otherwise made unreadable, Defendant will ensure that new readable copies of the Notice are posted in the same manner as specified above. Within its first semi-annual report, Defendant shall provide to the EEOC a copy of the signed Notice, written confirmation that the Notice has been posted, and a description of the location and date of the posting.

## Monitoring Provisions

9.     On a semi-annual basis, Defendant will submit to the Commission a list of all employees who have complained of or reported any alleged sex-based wage discrimination within the Maryland Insurance Administration during the duration of this Decree. This list will include each individual's name; job title; home address; home telephone number; nature of the individual's complaint; name of individual who received the complaint or report; date complaint or report was received; description of Defendant's actions taken in response to the complaint or report, including the name of each manager or supervisor involved in those actions. If no complaints of wage discrimination were made, Defendant will confirm this in writing to the EEOC.

10. In addition to the monitoring provisions set forth in this Decree, EEOC counsel of record or other member of EEOC's Legal Department may monitor compliance during the duration of this Decree by reasonably requesting in writing copies of wage records of female employees employed by Defendant at the time of the request. Upon fifteen business days' written notice by the EEOC, Defendant will make available for inspection and copying certain of its wage records requested by EEOC pertaining to wages paid to Defendant's female employees.

11. All materials required by this Decree to be provided to the EEOC shall be sent by e-mail to Debra Lawrence, EEOC Regional Attorney, at debra.lawrence@eeoc.gov.

12. The Commission and Defendant shall bear their own costs and attorneys' fees.

13. The undersigned counsel of record in the above-captioned action hereby consent to the entry of the foregoing Consent Decree.

FOR DEFENDANT:

*Lisa Hall* (signature)

Lisa Hall
Deputy Counsel (Bar No. 26568)

Maryland Insurance Administration
Office of the Attorney General
200 St. Paul Place, Suite 2700
Baltimore, Maryland 21202
Phone (410) 468-2030
Fax (410) 468-2086
E-mail: Lisa.hall@maryland.gov

FOR PLAINTIFF:

debra.lawrence@eeoc.gov
Digitally signed by debra.lawrence@eeoc.gov
DN: cn=debra.lawrence@eeoc.gov
Date: 2018.12.21 11:56:01 -05'00'

Debra M. Lawrence
Regional Attorney (Bar No. 04312)

Equal Employment Opportunity Commission
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 209-2734
Fax: (410) 209-2221
E-mail: debra.lawrence@eeoc.gov

5

**SO ORDERED.**

Signed and entered this 25th day of JANUARY, 2019.

_____
Richard D. Bennett
United States District Judge

Exhibit A



# NOTICE TO EMPLOYEES OF MARYLAND INSURANCE ADMINISTRATION

This Notice is being posted as part of the resolution of a lawsuit filed by the Equal Employment Opportunity Commission (EEOC) against Maryland Insurance Administration in the United States District Court for the District of Maryland, Northern Division (*EEOC v. Maryland Insurance Administration,* Civil Action No. 1:15-cv-01091-RDB). The EEOC brought this action to enforce provisions of the Equal Pay Act (EPA), which prohibit pay discrimination on the basis of sex. The Maryland Insurance Administration denies the allegations in the EEOC's complaint, but agreed to resolve the case to avoid litigation.

**The Maryland Insurance Administration WILL conduct its compensation setting practices without regard to the sex of an applicant or employee and ensure that all employees are compensated equally for performing equal work.**

**The Maryland Insurance Administration WILL take all complaints of discrimination in the workplace seriously and address them appropriately.**

**The Maryland Insurance Administration WILL NOT engage in any acts or practices made unlawful under the EPA, including retaliation against one who exercises his or her rights under the EPA.**

Employees should feel free to report instances of discriminatory treatment to a supervisor or the Director of Human Resources, Tracey Dailey (410) 468-2463, at any time. The Maryland Insurance Administration has established policies and procedures to promptly investigate any such reports and to protect the person making the reports from retaliation, including retaliation by the person allegedly guilty of the discrimination.

Individuals are also free to make complaints of employment discrimination directly to the EEOC's Baltimore Field Office, Fallon Federal Building, 31 Hopkins Plaza, 14th Floor, Baltimore, Maryland 21201 or by calling 866-408-8075 / TTY 800-669-6820. General information may also be obtained on the Internet at www.eeoc.gov.

---

Al Redmer, Jr.
Maryland Insurance Commissioner

Date Posted:

UNITED STATES DISTRICT COURT
FOR THE FOURTH CIRCUIT
DISTRICT OF MARYLAND

\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_ RECEIVED

JAN 2 4 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America

v

Willie Fleming

Civ. Case No. RDB-18-0330

Crim. Case No. RDB-14-0400

## MOTION

COMES NOW Willie Fleming, pro se, in the above captioned matter and requests permission from this Honorable Court to Reply untimely to the Government's Response to Petitioner's previously filed §2255 Motion. Government Response was dated October 5th, but was not received by Petitioner until November 9th, 2018 due to circumstances beyond his control (being in holdover transit between federal institutions).

Petitioner contends he just received his legal work/paperwork via mail at his new institution (LSCI Allenwood) which also had prevented him from filing earlier. THEREFORE Petitioner requests an additional 21 days to file his Reply due to the foretold reasons.

Respectfully Submitted,

Willie Fleming 1/22/2019

Willie Fleming/58277-037
LSCI Allenwood
PO BOX 1000
White Deer, PA 17887

CERTIFICATE OF SERVICE

COMES NOW Willie Fleming, pro se Petitioner and certifies that a true and correct copy of Motion to File Untimely due to Unforseen Circumstances was sent to the following Party(s). first-class mail. postage pre-paid via institutional mail LSCI Allenwood.

Served on:

AUSUA

Willie Fleming 1/22/2019
Willie Fleming/58277-037